IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00231-MSK-MJW

EMC MORTGAGE CORP.,

    Plaintiff,

v.

JUAN PALACIOS;
CAROL SNYDER, as Public Trustee of Adams County, Colorado;
COLORADO DEPARTMENT OF REVENUE;
ARAPAHOE FORD, INC.;
FORD MOTOR CREDIT COMPANY;
BC SERVICES, INC.
CHECKCARE SYSTEMS OF COLORADO, INC.;
COLLECTION COMPANY OF AMERICA;
APOLLO CREDIT AGENCY, INC.;
UNITED STATES OF AMERICA; and
CITY OF BRIGHTON,

    Defendants.

---

ORDER (Docket No. 21)

---

THIS MATTER comes before the Court on the Joint Motion to Modify Pre-Trial Deadlines filed by Plaintiff EMC Mortgage Corp. and Defendant United States of America. The Court has read and reviewed the Motion, has read and reviewed the documents on file with this Court, and being fully advised in the premises, finds that the Motion should be, and hereby is, GRANTED. It is therefore:

ORDERED:

1. That Defendant United States of America is hereby granted an extension of time, up

to and including April 10, 2009 to file an Answer or otherwise respond to EMC's Amended Complaint;

2.  That the Scheduling/Planning Conference currently set for April 1, 2009 is vacated and is ~~to be~~ rescheduled to ~~occur no later than May 11, 2009, and~~ MAY 20, 2009 @ 8:30 A.M.

3.  All deadlines corresponding to the Scheduling/Planning Conference under the Federal Rules of Civil Procedure or as established by the Court's February 20, 2009 Order are reset to correspond to the rescheduled Scheduling/Planning Conference.

DONE AND SIGNED March 23, 2009.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO