IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 09-cv-00231-MSK-MJW

EMC MORTGAGE CORP.                          )
                                            )
           Plaintiff,                       )
                                            )
     v.                                     )
                                            )
JUAN PALACIOS; CAROL SNYDER, as             )
Public Trustee of Adams County, Colorado;   )
COLORADO DEPARTMENT OF                      )
REVENUE; ARAPAHOE FORD, INC.;               )
FORD MOTOR CREDIT COMPANY;                  )
BC SERVICES, INC.; CHECKCARE                )
SYSTEMS OF COLORADO, INC.;                  )
COLLECTION COMPANY OF AMERICA;              )
APOLLO CREDIT AGENCY, INC.;                 )
UNITED STATES OF AMERICA; and               )
CITY OF BRIGHTON                            )
                                            )
           Defendants.                      )
                                            )

[~~PROPOSED~~] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
FOR LEAVE TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY
AT MAY 20, 2009 CONFERENCE
( Docket No. 28 )

THIS MATTER came before the Court on the United States' Unopposed Motion for

Leave to Permit Counsel to Appear Telephonically at May 20, 2009 Conference. The Court,

after reviewing the motion and good cause appearing, it is hereby

ORDERED that the United States' Unopposed Motion for Leave to Permit Counsel to

Appear Telephonically at May 20, 2009 Conference (Doc. No. 28) filed with the Court on May 8,

2009, is GRANTED. The Plaintiff's out-of-town counsel shall contact this Court by calling (303) 844-2403 to participate at the scheduling conference on May 20, 2009 at 8:30 a.m. MT.

_____ May 7, 2009
~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO