IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

Civil No. 09-cv-00231-MSK-MJW

| | |
|---|---|
| EMC MORTGAGE CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN PALACIOS; CAROL SNYDER, as | ) |
| Public Trustee of Adams County, Colorado; | ) |
| COLORADO DEPARTMENT OF | ) |
| REVENUE; ARAPAHOE FORD, INC.; | ) |
| FORD MOTOR CREDIT COMPANY; | ) |
| BC SERVICES, INC.; CHECKCARE | ) |
| SYSTEMS OF COLORADO, INC.; | ) |
| COLLECTION COMPANY OF AMERICA; | ) |
| APOLLO CREDIT AGENCY, INC.; | ) |
| UNITED STATES OF AMERICA; and | ) |
| CITY OF BRIGHTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER GRANTING JOINT MOTION FOR ALTERNATE DISPOSITIVE
MOTION BRIEFING SCHEDULE
( Docket No 37 )

THIS MATTER came before the Court on the Joint Motion for Alternative Dispositive

Motion Briefing Schedule. The Court, after reviewing the motion and good cause appearing, it is

hereby

ORDERED that the Section 8(c) of the Scheduling Order (Doc. No. 33) dated May 20,

2009, is modified as follows:

c. **Dispositive Motion Deadline:**

1. Opening Brief by the United States: <u>Due on or before September 15, 2009</u>. This brief will be the United States' motion for summary judgment and will comport with the Local Rules and MSK Civil Practice Standards V.I.1 and V.I.3.

2. Opening Brief by the Plaintiff: <u>Due on or before October 5, 2009</u>. This brief will be the Plaintiff's motion for summary judgment and will comport with the Local Rules and MSK Civil Practice Standards V.I.1 and V.I.3. In this brief, the Plaintiff may also address any issues raised by the United States in its opening brief.

3. Response Brief by the United States: <u>Due on or before October 20, 2009</u>. This brief will be the United States' response to the Plaintiff's motion for summary judgment and reply to any response by the Plaintiff to the United States' motion for summary judgment.

4. Response Brief by the Plaintiff: <u>Due on or before November 9, 2009</u>. This brief will be the Plaintiff's reply to any response by the United States to the Plaintiff's motion for summary judgment.

*[Signature]* 8-17-09

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO