## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: July 30, 2010 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 09-cv-00231-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| EMC MORTGAGE CORP., | Christian Aggeler |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF REVENUE;<br>ARAPAHOE FORD, INC.;<br>FORD MOTOR CREDIT COMPANY;<br>BC SERVICES, INC.;<br>CHECKCARE SYSTEMS OF COLORADO, INC.;<br>COLLECTION COMPANY OF AMERICA;<br>APOLLO CREDIT AGENCY, INC.;<br>UNITED STATES OF AMERICA; | Rick Watson |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Rule 16

**2:33 p.m.     Court in session.**

This hearing was converted from a Final Pretrial Conference.

The Court addresses the other defendants that have not participated in the litigation

The Court addresses the pending Motions for Summary Judgment (**Doc. #40, #41**).

No further argument.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**  Both motions for summary judgment **(#40, 41)** are **GRANTED** and judgment shall enter in favor of the Defendant, the United States.

The plaintiff orally moves to dismiss the claims against other parties, this claim having been determined on summary judgment.  Defendant has no objection.

**ORDER:**  Plaintiff's oral motion to dismiss all of the claims against the entities other than the United States is **GRANTED.**

**3:06 p.m.**  **Court in recess.**

**Total Time:   33 minutes.**
**Hearing concluded.**